IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  March 4, 2014
Court Reporter:    Tracy Weir              Probation: Gary Kruck

_____

Criminal Action No.   13-cr-00159-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Susan Knox

     Plaintiff,

v.

1.  BRANDON LEE BROWN,                       Michael Sheehan
    a/k/a Bigg Hogg
    a/k/a Solo

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:06 p.m.  Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Sheehan

The Court addresses the Defendant's Objections to the Presentence Report [704]

1

The Court finds that the defendant's objections will not affect sentencing and the Court will not consider the matters in sentencing; and therefore, pursuant to Rule 32 (i)(3)(B) no ruling on the objections is necessary.

**ORDERED:   There being no objection to the Government's Motion Regarding Acceptance of Responsibility [698], the Motion is GRANTED.**

**ORDERED:   There being no objection to the Government's Motion to Dismiss Counts Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Thirteen, Fourteen, Fifteen, Sixteen and Twenty-One of the Indictment As To Defendant Brandon Lee Brown [699], the Motion is GRANTED.**

**Counts Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Thirteen, Fourteen, Fifteen, Sixteen and Twenty-One of the Indictment are dismissed as to Defendant 1. Brandon Lee Brown only.**

The Court takes up the Defendant's Motion for Variant Sentence [705]

02:18   Argument by Mr. Sheehan

02:24   Argument by Ms. Knox

Defendant's Allocution

**ORDERED:   The Defendant's Motion for Variant Sentence [705] is GRANTED.**

Ms. Knox's comments

Discussion

The Court inquires of the defendant whether he affirms or denies that he has been previously convicted of a prior drug felony as alleged in the information.

Defendant responds in the affirmative.

The Court asks the defendant if he understands that any challenge to the prior conviction which is not made before sentence is imposed may not thereafter be raised to attack the sentence.

The defendant responds, yes, he understands.

Mr. Lozow and the defendant have a discussion off the record.

The defendant requests that the Court make a recommendation that the Bureau of Prisons place the defendant in a facility in Colorado.

The Government does not object.

> Defendant plead guilty to Count One of the Indictment on December 2, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Brandon Lee Brown, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 240 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court also recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with Residential Drug Abuse (RDAP) or a comparable substance abuse program, and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of ten years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on Supervised Release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

        **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special Conditions of Supervised Release:**

    **1.**    **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

    **2.**    **The defendant shall submit his person, property, house, residence, papers, or office to a search conducted by a United States Probation Officer.  Failure to submit to search may be grounds for revocation of supervised release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.   Any search must be conducted at a reasonable time and in a reasonable manner.**

    **3**    **The defendant shall not associate or have contact with any gang members, and shall not participate in gang activity, to include the display of gang paraphernalia.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:   The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the special assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

4

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

02:54 p.m.     Court in Recess
               Hearing concluded
               Time: 48 minutes